UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
GEORGE TRAMA,

                       Plaintiff,        Docket #: 05 CV 1172
                                               (ILG)(VVP)

    -against-

                                                   STIPULATION AND
NIKE, INC.                                         ORDER OF DISMISSAL
                                                   WITH PREJUDICE AND
                       Defendant.    WITHOUT COSTS
-----------------------------------------------------------X

IT IS HEREBY STIPULATED AND AGREED, by and between the parties to this matter that the instant action, having been settled in accordance with a *Settlement Agreement and General Release*, shall be and hereby is dismissed with prejudice, with each party to bear its own costs and attorneys' fees

For the Plaintiff GEORGE TRAMA

By: _____
Joseph G. Dell (JD 7315)
DELL & LITTLE, LLP
350 Old Country Road, Suite 105
Garden City, NY 11530
(516) 294-5814

Dated: July 18, 2006

For the Defendant NIKE, INC.

By: _____
Howard F. Strongin (HS 7851)
STRONGIN ROTHMAN & ABRAMS, LLP
50 Broadway, Suite 2003
New York, NY 10004
(212) 931-8300

Dated: July 18, 2006

IT IS SO ORDERED:

_____
Hon. Viktor V. Pohorelsky, U.S.M.J.